# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 04 B 47887 |
| Ella J. Collier | Chapter: 13 |
| Debtor(s) | Judge Bruce W. Black |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Ella J. Collier, Debtor(s), 254 Seabury Road, Bolingbrook, IL 60440
Stuart B. Handelman, Attorney for Debtor(s), 200 S Michigan Ave Ste 1215, Chicago, IL 60604

You are hereby notified that RESURGENT CAPITAL SERVICES LP has made post-petition advances of $200.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage. These amounts include a fee of $150 for an Objection to Confirmation of Plan filed on 2/25/09 and a fee of $50 to file this response.

You are hereby notified that debtor(s) is(are) due to RESURGENT CAPITAL SERVICES LP for the contractual mortgage payment due 09/17/08. Debtor owes a total of $4,830.71 for the 09/17/08 through 09/28/09 post-petition mortgage payments, with the 10/17/09 coming due, which includes $318.48 in late charges. The current mortgage payment amount due each month is $331.71. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 12/24/09, RESURGENT CAPITAL SERVICES LP's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on November 24, 2009.

/s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-05-2272)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.